UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 97-1998**

───────────

ELIZABETH JOHNSON,

Plaintiff - Appellant,

versus

UNITED STEELWORKERS OF AMERICA, AFL-CIO CLC,

Defendant - Appellee,

and

NORTON COMMUNITY HOSPITAL,

Defendant.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, District Judge.  (CA-96-216-B)

───────────

Submitted:  October 20, 1997          Decided:  January 9, 1998

───────────

Before HALL, WILKINS, and MICHAEL, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Elizabeth Johnson, Appellant Pro Se.  Daniel Martin Kovalik, UNITED STEELWORKERS OF AMERICA, Pittsburgh, Pennsylvania; Scott Wayne Mullins, Coeburn, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendant's motion for summary judgment and denying counsel's motion for leave to withdraw. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Johnson v. United Steelworkers</u>, No. CA-96-216-B (W.D. Va. June 26, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>